IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

MANN MADE PRODUCTS, INC.,                          CASE #  05-44839-7
A KANSAS CORPORATION

         Debtor(s).

**REPORT OF OUTSTANDING CHECK**

Darcy D. Williamson, Trustee of the above referenced bankruptcy, reports that the following listed checks have been issued and mailed but were either undeliverable and returned or more than 90 days has lapsed and said checks were not presented to the depository:

| Check No. | Payable To | Amount |
|---|---|---|
| 10131 | Henson, Clark, Hutton, Mudrick & Gragson, LLP | $272.90 |

Check # 10132 made payable to the Clerk of the United States Bankruptcy Court for deposit into the Clerk's Account as unclaimed funds is being forwarded via first class mail to the Clerk of the United States Bankruptcy Court.

                                                s/ Darcy D. Williamson
                                                DARCY D. WILLIAMSON, Trustee
                                                Attorney # 11337
                                                510 SW 10th Avenue
                                                Topeka  KS  66612
                                                (785) 233-9908
                                                trustee@ddwlaw.kscoxmail.com